**DISMISS and Opinion Filed July 3, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01167-CV**

**TROSHUN MCKELVEY, Appellant**
**V.**
**UDR CANAL I LLC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-06565-A**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Reichek

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by May 16, 2024. By postcard dated May 20, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


<div style="margin-left:50%">

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE
</div>

231167F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TROSHUN MCKELVEY, Appellant

No. 05-23-01167-CV      V.

UDR CANAL I LLC, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas Trial Court Cause No. CC-23-06565-A.

Opinion delivered by Justice Reichek. Justices Goldstein and Garcia participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 3, 2024